IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE A. FRANK, | ) | 8:17CV298 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY and | ) | |
| CORRECT CARE SOLUTIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 28, 2017, the court entered a Memorandum and Order dismissing Plaintiff's claims against the "U.S. Government" and "Department of Corrections" and giving Plaintiff 30 days to file an amended complaint against the two remaining Defendants, Douglas County and Correct Care Solutions (Filing No. 8). It appears Plaintiff did not receive a copy of the Memorandum and Order because he had failed to notify the clerk of the court of a change of address (*see* Filing No. 12).[1] The clerk has since received and filed an amended or supplemental complaint that Plaintiff mailed from the Madison County Jail on September 6, 2017 (Filing No. 16), and Plaintiff's address has been updated accordingly.

Because this amended or supplemental complaint does not comply with the court's August 28th Memorandum and Order, it will be ordered stricken. The court will allow Plaintiff additional time (30 days from today's date) to file an acceptable amended complaint, and will direct the clerk of the court to re-send Plaintiff a copy of the August 28th Memorandum and Order at his last-known address. Plaintiff is advised that the required amended complaint will supersede, rather than supplement, the original complaint that was filed on August 14, 2017.

---

[1] The court also entered a Memorandum and Order on September 6, 2017, providing that the action would be dismissed unless Plaintiff updated his address within 30 days (Filing No. 14).

On September 7, 2017, the clerk of the court also received and filed a multi-part motion in which Plaintiff requests various forms of relief (Filing No. 15). That motion will be denied without prejudice, as will three previously filed motions (Filing Nos. 6, 7, and 11).

IT IS THEREFORE ORDERED:

1. The clerk of the court shall send Plaintiff a copy of this Memorandum and Order, together with a copy of the court's August 28th Memorandum and Order (Filing No. 8), at his last-known address.

2. Plaintiff shall have 30 days from today's date in which to file an amended complaint that states a claim on which relief may be granted against Defendants Douglas County and Correct Care Solutions. Failure to file an amended complaint within 30 days will result in the court dismissing this case without further notice to Plaintiff.

3. Plaintiff's amended or supplemental complaint filed on September 8, 2017 (Filing No. 16), shall be stricken from the court file.

4. All pending motions filed by Plaintiff (Filing Nos. 6, 7, 11, and 15) are denied without prejudice.

5. The clerk of the court is directed to set the following pro se case management deadline: October 11, 2017: check for amended complaint.

DATED this 11th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge