IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESSE A. FRANK, | ) | 8:17CV298 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RAMON ESTEVEZ THOMAS GROTHE, , and JORDAN GRAHAM, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for extension of time (Filing No. 41) is granted, and Plaintiff shall have until January 29, 2018, to respond to Defendants' motion for summary judgment (Filing No. 38).

DATED this 10th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge